IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| GERARD VAN DEN BOSCH, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:23-cv-00018 |
| | ) | |
| JOSEPH BIDEN, JR., et al., | ) | JUDGE CAMPBELL |
| | ) | MAGISTRATE JUDGE HOLMES |
|    Defendants. | ) | |

## ORDER

Pending before the Court are Plaintiff's motions for preliminary injunction (Doc. No. 10) and for class certification (Doc. No. 23). Defendants shall respond to the motion for preliminary injunction (Doc. No. 10) on or before May 17, 2023. Briefing on the motion for class certification (Doc. No. 23) is **STAYED** until further ruling by the Court.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE