# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **GERARD VAN DEN BOSCH,** *individually, and on behalf of the class and all others similarly situated,*<br><br>*Plaintiff,*<br><br>versus<br><br>**JOSEPH BIDEN, JR., et. al.**<br>*Defendants.* | Case No. 1:23-cv-00018<br><br>Judge William L. Campbell, Jr.<br><br>Magistrate Judge Barbara D. Holmes |

## PLAINTIFF'S VOLUNTARY DISMISSAL OF ALL CLAIMS AGAINST ALL DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff, by and through counsel, hereby files his voluntary dismissal of all claims against all defendants without prejudice.

Dated: May 16, 2023

Respectfully submitted,

GLASSMAN, WYATT, TUTTLE & COX, P.C.

*/s/ Edwin E. Wallis*

Edwin E. Wallis III (TN #23950)
26 North Second Street
Memphis, Tennessee 38103
Tel: (901) 527-4673
Fax: (901) 521-0940
E: ewallis@gwtclaw.com

SIRI & GLIMSTAD LLP

Aaron Siri, Attorney*
Walker D. Moller, Attorney*
Christina Xenides, Attorney*

1

745 Fifth Ave, Suite 500
New York, NY 10151
Tel: (212) 532-1091
Fax: (646) 417-5967
aaron@sirillp.com
wmoller@sirillp.com
cxenides@sirillp.com

Christopher Wiest, Attorney*
25 Town Center Blvd., Suite 104
Crestview, KY 41017
Tel: (513) 257-1895
Fax: (859) 495-0803
chris@cwiestlaw.com

Attorneys for Plaintiff

*Admitted *pro hac vice*

2

Case 1:23-cv-00018    Document 26    Filed 05/16/23    Page 2 of 3 PageID #: 213

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, a true and correct copy of the foregoing was served by CM/ECF on all counsel or parties of record. I certify under penalty of perjury that the foregoing is true and correct.

Dated this 16th day of May, 2023.

                                        */s/ Edwin E. Wallis III*

                                        Edwin E. Wallis III (TN #23950)
                                        26 North Second Street
                                        Memphis, Tennessee 38103
                                        Tel: (901) 527-4673
                                        Fax: (901) 521-0940
                                        E: ewallis@gwtclaw.com