IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| GERARD VAN DEN BOSCH, *individually and on behalf of the class and all others similarly situated,* <br><br> Plaintiff, <br><br> v. <br><br> JOSEPH BIDEN, JR., et al., <br><br> Defendants. | Case No. 1:23-cv-00018 <br><br> JUDGE CAMPBELL <br> MAGISTRATE JUDGE HOLMES |

# ORDER

Pursuant to Plaintiff's Notice of Voluntary Dismissal of All Claims Against All Parties (Doc. No. 26), this case is hereby **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE